IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil No.   3:09-cv-1004-JPG |
| KELLY THURMAN, | ) ) ) | |
| Defendant. | ) | |

## **DEFAULT JUDGMENT**

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of plaintiff United States of America and against defendant Kelly Thurman in the amount of $8,765.65, costs in the amount of $350.00, and future interest.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**Date: April 12, 2010**               s/Brenda K. Lowe, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**